## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| CITGO PETROLEUM CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4:16-cv-00952 |
| FIDELITY AND DEPOSIT COMPANY OF | § | |
| MARYLAND, | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION TO ENTER FINAL JUDGMENT

Plaintiff CITGO Petroleum Corporation ("Plaintiff"), together with Defendant Fidelity and Deposit Company of Maryland ("F&D"), file this Joint Motion to Enter Final Judgment, and would respectfully show the Court as follows:

1.      On November 1, 2016, this Court issued its Memorandum Opinion and Order (Docket Entry No. 26) granting F&D's Motion for Summary Judgment and Brief in Support Thereof (Docket Entry No. 18), noting therein that the only issue remaining before the Court was F&D's counterclaim for attorney's fees.

2.      The parties have entered into a Mutual Release and Settlement Agreement (the "Agreement") settling F&D's counterclaim. Pursuant to the Agreement, the parties agree that this Court's Order granting F&D's Motion for Summary Judgment will remain in place and become final, but that this Court will dismiss F&D's counterclaim for attorney's fees with prejudice.

Wherefore, for the foregoing reasons, the parties respectfully request this Court to enter the proposed Final Judgment and Order of Dismissal filed simultaneously herewith.

Respectfully submitted,

AARON R. CRANE
Attorney-in-Charge
State Bar No. 24050459
S.D. Texas Bar No. 619093
aaron.crane@hoganlovells.com
ROBERT L. PILLOW
State Bar No. 24080315
S.D. Texas Bar No. 2258484
robert.pillow@hoganlovells.com
HOGAN LOVELLS US, L.L.P.
700 Louisiana, Suite 4300
Houston, TX 77002
Telephone: (713) 632-1400
Telecopier: (713) 632-1401

**ATTORNEYS FOR PLAINTIFF**
**CITGO PETROLEUM CORPORATION**

MICHAEL KEELEY
Attorney-in-Charge
State Bar No. 11157800
S.D. Texas Bar No. 10511
michael.keeley@strasburger.com
CARLA C. CRAPSTER
State Bar No. 24065094
S.D. Texas Bar No. 1742183
carla.crapster@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 4300
Dallas, TX 75202-3794
Telephone: (214) 651-4718
Telecopier: (214) 659-4121

**ATTORNEYS FOR DEFENDANT**
**FIDELITY & DEPOSIT COMPANY OF**
**MARYLAND**