United States District Court
Southern District of Texas
**ENTERED**
April 06, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CITGO PETROLEUM CORPORATION, § § Plaintiff, § § v. § § FIDELITY AND DEPOSIT COMPANY OF § MARYLAND, § § Defendant. § | CIVIL ACTION NO. 4:16-cv-00952 |

## FINAL JUDGMENT

Pending before the Court is the parties' Joint Motion to Enter Final Judgment ("Joint Motion") (Docket Entry No. 30). The Court determines that the Joint Motion is well taken and should be granted. It is, therefore,

ORDERED that:

1. F&D's counterclaim for attorney's fees is dismissed with prejudice.

2. This Court's Memorandum Opinion and Order (Docket Entry No. 26) granting Defendant Fidelity & Deposit Company of Maryland's Motion for Summary Judgment (Docket Entry No. 18), and denying Plaintiff's Motion for Summary Judgment (Docket Entry No. 20), is incorporated herein and is a Final Judgment of this Court.

3. All other relief requested by the parties is hereby denied.

SIGNED at Houston, Texas, on this **6th** day of April, 2017.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE